Anthony J. Laura, Esq.
**REED SMITH LLP**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 621-3200
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIL (INVESTMENTS) SARL and JEAN-RAYMOND BOULLE, | : |
| Plaintiffs, | : |
| vs. | : Civil Action No. |
| INCO LIMITED, SCOTT M. HAND, STUART F. FEINER, MICHAEL D. SOPKO, HAROLD PURDY CRAWFORD, CHARLES H. HANTHO, and RICHARD M. THOMSON, | : **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | : |

Pursuant to Fed. R. Civ. P. 7.1, plaintiff MIL (Investments) SARL hereby discloses that it is a privately held corporation organized and existing under the laws of Luxembourg. There are no publicly traded corporations that own more than ten percent of MIL (Investments) SARL's stock.

REED SMITH LLP
Attorneys for Plaintiffs

By: _____
Anthony J. Laura

Dated: 11/21/05