**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MIL (INVESTMENTS) SARL and JEAN-RAYMOND BOULLE, <br><br> Plaintiffs, <br><br> vs. <br><br> INCO LIMITED, SCOTT M. HAND, STUART F. FEINER, MICHAEL D. SOPKO, HAROLD PURDY CRAWFORD, CHARLES H. HANTHO, and RICHARD M. THOMSON, <br><br> Defendants. | DOCUMENT ELECTRONICALLY FILED <br><br> Civil Action No. 05 CV 5524 (JAG) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the parties hereto, by their undersigned attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims asserted by plaintiffs in this action against defendants Inco Limited, Scott M. Hand, Stuart F. Feiner, Michael D. Sopko, Harold Purdy Crawford, Charles H. Hantho, and Richard M. Thomson are hereby dismissed, with prejudice, without an award of costs or disbursements, including attorneys' fees, to any of these parties.

The parties jointly propose that the Court enter this stipulation as an Order:

Dated: July 21, 2006

| | |
|---|---|
| REED SMITH LLP<br>The Legal Center<br>Newark, NJ 07102<br>(973) 621-3200 | LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 597-2500 |
| Attorneys for Plaintiffs | Attorneys for Defendant<br>Inco and the Individual Defendants |
| By: *[signature]*<br>Anthony J. Laura | By: *[signature]*<br>Douglas S. Eakeley |

IT IS on this 8TH day of July *August* 2006, SO ORDERED:

*[signature]*
Hon. Joseph A. Greenaway, U.S.D.J.

- 2 -